**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CR-00997-JM |
| Plaintiff, ) | ORDER |
| v. ) | |
| JUSTIN BELL, ) | |
| Defendant. ) | |

IT IS FURTHER ORDERED THAT the sentencing hearing date scheduled for September 14, 2007 at 9:00 a.m., is now vacated.

IT IS FURTHER ORDERED THAT defendant shall appear on November 1, 2007 at 9:30 a.m. for sentencing hearing for this matter.

DATED: September 13, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

1
Order